# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-20545
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDWIN PAVON AGUILAR, also known as Edvin Leonel Aguilar, also known
as Edvin Leonel Pavon Aguilar, also known as Carlos E. Villagrana, also
known as Edwin Aguilar, also known as Edvin Leonel Pavon-Aguilar,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-142-1

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Edwin Pavon Aguilar raises
an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711
F.3d 541, 562 n.28 (5th Cir.) (en banc), *cert. denied*, 134 S. Ct. 512 (2013), in
which this court held that the generic, contemporary definition of "sexual
abuse of a minor" does not require that the age of consent be lower than 17

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

years old and does not include the age-differential requirement asserted. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.